## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NANCY PETROSKY,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) **CASE NO.: 3:12-cv-01621-JCH** |
| **CAPITAL ONE, NATIONAL ASSOCIATION, ET AL.** | ) ) ) |
| **Defendant.** | ) ) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Nancy Petrosky (Plaintiff), through her attorney, and the defendant, Capital One Auto Finance, a division of Capital One, National Association (Capital One), identified in the Complaint as Capital One, National Association, through its attorney, hereby stipulate that that the claims that were or could have been brought by Plaintiff against Capital One shall be dismissed with prejudice, with each party to bear own costs and attorneys' fees.

The dismissal with prejudice of Plaintiff's claims against Capital One does not affect her claims against any of the other defendants.

                                                     PLAINTIFF, NANCY PETROSKY

                                                     s/ Daniel S. Blinn
                                                   Daniel S. Blinn  ct02188
                                                   Consumer Law Group
                                                   35 Cold Spring Rd., Suite 512
                                                   Rocky Hill, CT 06067
                                                   Phone: 860-571-0408
                                                   Fax: 860-571-7457
                                                   dblinn@consumerlawgroup.com

DEFENDANT, CAPITAL ONE AUTO FINANCE

s/ James T. Shearin
James T. Shearin  (jtshearin@pullcom.com)
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: 203.330.2240
Fax: 203.576.8888

## CERTIFICATE OF SERVICE

   I hereby certify that on March 13th, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Phone: 860-571-0408
Fax: 860-571-7457

Robert Schuckit
Scott E. Brady
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: 317-363-2400
Fax: 317-363-2257

Timothy J. Lee
Fasano Ippolito & Lee
388 Orange St.
New Haven, CT 06511
Phone: 203-787-6555
Fax: 203-776-2119

Eric D. Daniels
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
Phone: 860-275-8225
Fax: 860-275-8299

                s/ James T. Shearin
                OF COUNSEL