UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY PETROSKY )<br>　　Plaintiff　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>CAPITAL ONE, NATIONAL ASSOCIATION, )<br>TRANS UNION, LLC, EXPERIAN　　 )<br>INFORMATION SOLUTIONS, INC., and )<br>EQUIFAX INFORMATION SERVICES LLC )<br>　　Defendants　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 ) | CIVIL ACTION NO.<br>3:12-CV-01621-JCH<br><br><br><br><br><br><br><br>MARCH 20, 2013 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Nancy Petrosky, through her attorney, and the defendant, Experian Information Solutions, Inc., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees, as to EXPERIAN INFORMATION SOLUTIONS, INC. ONLY.

　　　　　　　　　　　　　　　　PLAINTIFF, NANCY PETROSKY

　　　　　　　　　　　　　　　　By: /s/ Daniel S. Blinn_____
　　　　　　　　　　　　　　　　　　Daniel S. Blinn (ct02188)
　　　　　　　　　　　　　　　　　　dblinn@consumerlawgroup.com
　　　　　　　　　　　　　　　　　　Consumer Law Group, LLC
　　　　　　　　　　　　　　　　　　35 Cold Spring Rd. Suite 512
　　　　　　　　　　　　　　　　　　Rocky Hill, CT  06067
　　　　　　　　　　　　　　　　　　Tel. (860) 571-0408
　　　　　　　　　　　　　　　　　　Fax (860) 571-7457

DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.


By: /s/ Keith M. Kollmeyer
    Keith M. Kollmeyer (phv05861)
    kkollmeyer@jonesday.com
    Jones Day
    100 High Street, 21st Floor
    Boston, MA 02110
    Tel: (617) 449-6905
    Fax: (617) 449-6999


**CERTIFICATION**

    I hereby certify that on this 20th day of March, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


   /s/ Daniel S. Blinn
Daniel S. Blinn